FILED
CLERK, U.S. DISTRICT COURT
-4 DEC 03 PM 2:50
DISTRICT OF UTAH
BY:
DEPUTY CLERK

Daniel W. Jackson, #1633
2157 Lincoln Street
Salt Lake City, Utah 84106
Telephone: (801) 596-8338

Attorney for Defendants Richard Day and
American Registrar & Transfer Co.

IN THE UNITED STATES DISTRICT COURT

STATE OF UTAH

| | |
|---|---|
| GLADE W. JAMES, individually and as trustee; KIRT W. JAMES; INTREPID INTERNATIONAL LTD.; HJS FINANCIAL SERVICES, INC.; SHIBEWALT MANAGEMENT, INC.; INTREPID INTERNATIONAL SA; OASIS ENTERTAINMENT, LLC; OASIS ENTERTAINMENT'S FOURTH MOVIE PROJECT; OASIS ENTERTAINMENT CORP.; GLENNEYRE CAPITAL CORP.;<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD DAY; AMERICAN REGISTRAR & TRANSFER CO.; GREG HARRY, JEFF HARRY, JENNA HARRY, WILLIAM S. STOCKER, J. DAN SIFFORD JR., KARL E. RODRIQUEZ, KARL E. RODRIQUEZ LTD; JEFFJENA LTD; ANNEIUS EQUITY MANAGEMENT, INC.; POYANDROUS TRADING GROUP INC.; EXIM INTERNATIONAL INC.; GLENNEYRE EQUITY GROUP LTD; DANA LEASING, INC.; PATAGONIA DEVELOPMENT SA; PATAGONIA COMMERCIAL SA; QUICKSILVER DEVELOPMENT SA; | ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT<br><br>No. 2:02CV-1147<br><br>Judge Dee Benson |



MARSHALL WORLDWIDE LTD; TITAN CAPITAL SA; B&V UNION TECHNOLOGIES INC.; JOZETTE JAMIE LEE; PAM FERNLEY; GAYNELL T. HARRY, trustee; THE LEEWARD FAMILY TRUST; THE ALBRIGHT LIVING TRUST; LAURENCIO JAEN O.; LEOPOLDO KENNION G.; TEODORO F. FRANCO L.; NIXIA AURORA ZERNA AKA NIXIE A. ZERNA; KEVIN HARRINGTON; TIM HARRINGTON; RELIANT INTERATIVE MEDIA CORP.; UNION BANK OF CALIFORNIA; UNION SECURITIES LTD; DOMINIC BUSTO; MADISON STOCK TRANSFER, INC.; MICHAEL AJZENMAN; BANK OF MONTREAL; DEBORAH CALDWELL; EQUITRADE SECURITIES INC.; DON CARRIG; STEPHEN H. ROEBUCK, KIM CARROLL; CANACCORD CAPITAL CORP; BRAD SCHARFE; JOHN SKINNER; MJK CLEARING SERVICES; ROYAL BANK OF CANADA; WEST AMERICA SECURITIES; BANCO DE COSTA RICA; YORKTON SECURITIES; JOHN SKINNER; TAR FINANCIAL GROUP INC.; CAL MESAE; TARJA MORDO; MORGAN STANLEY DEAN WITTER & CO.; RICHARD FRANK, EMILY YSAIS; GLOBAL SECURITIES; STEVE REGOCI; DUNDEE SECURITIES; JOHN HARWARD; EH&P INVESTMENTS AG; ERWIN HAAS; MFC MERCHANT BANK SA; MARTA PARDO; MICHAEL SMITH; GOLDEN CAPITAL SECURITIES, LTD; MELLON SECURITIES TRUST CORP; SWISS AMERICAN SECURITIES; LOM; TREVO KIDD; CARDINAL CAPITAL MANAGEMENT INC.; CHRIS DORST; BANK AUGUST ROTH AG; CREDIT LYONNAIS (SCHWEIZ) AG;

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

| | |
|---|---|
| BANK SAL. OPPENHEIM JR. & CLE.; PUBLIC SECURITIES; MICHAEL BASCETTA; DOES 1-500 <br><br> Defendants. | ) ) ) ) ) ) ) ) |

Defendants' Richard M. Day ("Day") and American Registrar & Transfer Company ("American Registrar") Motion to Dismiss Plaintiffs' Amended Complaint came on for hearing before the Honorable Dee Benson on September 11, 2003 at 2:00 p.m. MST. Brian Steffensen and Zelita Biesele appeared on behalf of the plaintiffs. Daniel W. Jackson appeared on behalf of defendants Day and American Registrar. Mark Pugsley and David Finkelson of Ray, Quinney & Nebeker appeared on behalf of defendants Union Securities, Ltd. and Dominic Busto. George Pratt of Jones, Waldo, Holbrook & McDonough represented defendant Union Bank of California. Bruce Pritchett of Bruce M. Pritchett, L.C. appeared for defendants Mike Ajzenman and Madison Stock Transfer. John Spencer Snow appeared for defendants Public Securities and Michael Bascetta. Wallace Boyack appeared on behalf of defendants Greg Harry, Jeff Harry, and William S. Stocker. Max Wheeler of Snow, Christensen & Martineau appeared for defendant Reliant Interactive Media Corp., Kevin Harrington and Tim Harrington.

Before the Court for consideration was the motion of defendants Day and American Registrar to dismiss Plaintiffs' Amended Complaint which motion was joined in by defendants Union Securities, Ltd., Dominic Busto, Public Securities, Michael Bascetta, Reliant Interactive

Media Corp., Kevin Harrington, Tom Harrington, Michael B. Ajzenman and Madison Stock Transfer.

The Court having considered the parties' written briefs, together with the pleadings on file herein, and the oral argument of counsel, and good cause appearing, it is hereby:

ORDERED THAT the Motion filed by Day and American Registrar to Dismiss Plaintiffs' Amended Complaint is granted and plaintiffs' Amended Complaint is dismissed as against all named defendants except: Greg Harry, Jeff Harry, Jenna Harry, William S. Stocker, J. Dan Sifford Jr., Karl E. Rodriquez, Karl E. Rodriquez Ltd, Jeffjena Ltd; Anneius Equity Management, Inc., Polyandrous Trading Group Inc., Exim International Inc.; Glenneyre Equity Group Ltd; Dana Leasing, Inc., Patagonia Development SA, Patagonia Commercial SA, Quicksilver Development SA, Marshall Worldwide LTD, Titan Capital SA, and B&V Union Technologies Inc. ("Harry Related Defendants").

IT IS FURTHER ORDERED THAT plaintiff shall have 30 days from the date of this Order to file a Second Amended Complaint against the Harry Related Defendants;

IT IS FURTHER ORDERED THAT plaintiff shall have 90 days from the date of this Order to serve the Harry Related Defendants as defined in this Order;

IT IS FURTHER ORDERED THAT any Harry Related Defendant properly served shall have 120 days from the date of this Order to answer or otherwise respond to Second Amended Complaint;

IT IS FURTHER ORDERED THAT notwithstanding the right to amend the Complaint and pursue this action against the Harry Related Defendants, the Court declines to exercise its supplemental jurisdiction based on the lack of a federal basis for jurisdiction as to all of the defendants other than the Harry Related Defendants which jurisdiction has not yet been determined;

IT IS FURTHER ORDERED THAT defendants Greg Harry and William S. Stocker's Motion to Dismiss under Rule 4(m) of the Federal Rules of Civil Procedure is denied and they shall answer or respond to the Second Amended Complaint as set forth herein for the Harry Related Defendants; and

IT IS FURTHER ORDERED THAT the dismissal of the Amended Complaint is without prejudice. However, if plaintiffs desire to join defendants other than the Harry Related Defendants in this action, they must file a separate motion to join such specific defendant and present facts in support of that motion sufficient to satisfy this Court that specific facts may be properly alleged that would support all the elements necessary to state a claim under the Racketeering Influenced and Corrupt Organizations Act (U.S.C. §§1961-1968) as against that specific defendant. In addition, such motions if filed by plaintiffs must satisfy this Court that the claims made by plaintiffs against said defendants do not fall within the scope of 18 U.S.C. §1964(c).

DATED this 4th day of December, 2003.

BY THE COURT:

_____
Honorable Dee Benson

Approved as to form:

_____
Brian Steffensen
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of _____, 2003, I caused to be mailed, postage prepaid, a true and correct copy of the foregoing Order Granting Defendants' Motion to Dismiss Plaintiffs' Amended Complaint to:

Brian W. Steffensen
Damian E. Davenport
William J. Middleton
Steffensen Law Office
2159 South 700 East, Suite 100
Salt Lake City, Utah 84106

Damian E. Davenport
32 Exchange Place, #101
Salt Lake City, Utah 84111

Wallace T. Boyack
Boyack Ashton & Jenkins
350 South 400 East, Suite 105
Salt Lake City, Utah 84111

Max D. Wheeler
Snow Christensen & Martineau
10 Exchange Place
PO Box 45000
Salt Lake City, Utah 84145-5000

Mark W. Pugsley
Ray, Quinney & Nebeker
36 South State Street, Suite 1400
PO Box 45385
Salt Lake City, Utah 84145-0385

Mark C. Shuford
Leclair Ryan
707 East Main Street, 11th Floor
Richmond, Virginia 23219

Bruce M. Pritchett, Jr.
8 East Broadway, Suite 609
Salt Lake City, Utah 84111

John Spencer Snow
261 East 300 South
Suite 300
Salt Lake City, Utah 84111

United States District Court
for the
District of Utah
December 8, 2003


\* \* CERTIFICATE OF SERVICE OF CLERK \* \*


Re:   2:02-cv-01147


True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:


    Mr. Brian W Steffensen, Esq.
    STEFFENSEN LAW OFFICE
    2159 S 700 E STE 100
    SALT LAKE CITY, UT  84106
    JFAX 9,4857140

    Damian E. Davenport, Esq.
    32 EXCHANGE PL #101
    SALT LAKE CITY, UT  84111

    Mr. Thomas R Grisley, Esq.
    311 S STATE STE 380
    SALT LAKE CITY, UT  84111

    Bruce M. Pritchett Jr, Esq.
    10 W 100 S STE 451
    SALT LAKE CITY, UT  84101
    JFAX 9,5311929

    Mark W. Pugsley, Esq.
    RAY QUINNEY & NEBEKER
    36 S STATE ST STE 1400
    PO BOX 45385
    SALT LAKE CITY, UT  84145-0385
    EMAIL

    Mark C. Shuford, Esq.
    LECLAIR RYAN
    707 E MAIN ST
    11TH FLOOR
    RICHMOND, VA  23219
    EMAIL

    George W. Pratt, Esq.
    JONES WALDO HOLBROOK & MCDONOUGH
    170 S MAIN ST STE 1500
    PO BOX 45444
    SALT LAKE CITY, UT  84145-0444
    EMAIL

Mr. Max D Wheeler, Esq.
SNOW CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE
PO BOX 45000
SALT LAKE CITY, UT  84145-5000
EMAIL

Mr. Larry R. Keller, Esq.
COHNE RAPPAPORT & SEGAL
PO BOX 11008
525 E FIRST S FIFTH FL
SALT LAKE CITY, UT  84147
EMAIL

Mr. Wallace T. Boyack, Esq.
BOYACK ASHTON LLC
175 S MAIN STE 1250
SALT LAKE CITY, UT  84111
JFAX 9,5380200

Mr. Daniel W Jackson, Esq.
2157 LINCOLN ST
SALT LAKE CITY, UT  84106
JFAX 9,3645645